# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| WALTER DOUGLASS LOWE, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Case No. CIV-13-791-M |
| ) | |
| TRACY MCCOLLUM, Warden, ) | |
| ) | |
| Respondent. ) | |

## ORDER

On April 25, 2016, United States Magistrate Judge Bernard M. Jones issued a Report and Recommendation in this action brought pursuant to 28 U.S.C. § 2254, seeking a writ of habeas corpus. The Magistrate Judge recommended that the Petition for Writ of Habeas Corpus be denied. Petitioner was advised of his right to file an objection to the Report and Recommendation by May 16, 2016. On May 16, 2016, petitioner filed his objection.

Having carefully reviewed this matter de novo, the Court:

(1) ADOPTS the thorough and well-reasoned Report and Recommendation [docket no. 28] issued by the Magistrate Judge on April 25, 2016;

(2) DENIES the Petition of Writ of Habeas Corpus; and

(3) ORDERS that judgment in favor of respondent issue forthwith.

**IT IS SO ORDERED this 11th day of August, 2016.**

VICKI MILES-LaGRANGE
UNITED STATES DISTRICT JUDGE